UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTONIO T. SIMS, )<br>         )<br>    Petitioner,  )<br>v.    )    No. 1:09-cv-763-WTL-JMS<br>         )<br>THOMAS HANLON,  )<br>         )<br>    Respondent.  ) | |

**Entry Discussing Petition for a Writ of Habeas
Corpus and Denying Certificate of Appealability**

**I.**

Antonio Sims is serving the executed portion of a sentence imposed by an Indiana state court for carjacking, intimidation, criminal recklessness and resisting law enforcement. The pleadings and the expanded record show that Sims' direct appeal has been concluded. They also indicate, capped with Sims' report filed on April 21, 2010, that Sims' petition for post-conviction relief is pending and he has resumed activity with it.

The foregoing establishes without question that Sims' habeas action was filed prematurely. *Baldwin v. Reese,* 541 U.S. 27, 29 (2004)("Before seeking a federal writ of habeas corpus, a state prisoner must exhaust available state remedies.")(citing 28 U.S.C. §2254(b)(1)). The present action will therefore be dismissed without prejudice.

Judgment consistent with this Entry shall now issue.

**II.**

Pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing § 2254 proceedings, and 28 U.S.C. § 2253(c), the court finds that Sims has failed to show that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000). The court therefore **denies** a certificate of appealability.

**IT IS SO ORDERED.**

Date: 04/27/2010

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana